

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 20, 2024

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.

Sitting as Part I Judge

Date: December 23, 2024

Re:   *Chosen Figure LLC v. Townsquare Media, Inc.,* 1:24-cv-3873-JMF

Dear Judge Furman:

Pursuant to section 2D of the Court's Individual Rules and Practices, plaintiff Chosen Figure LLC ("Plaintiff"), upon consent of defendant Townsquare Media, Inc. ("Defendant"), respectfully requests a 30-day extension of time of the deadline, through January 26, 2025, to file a Stipulation of Dismissal (or otherwise re-open the case).

1) Original deadline is December 27, 2024 [Dkt. No. 30];

2) There were no previous requests to extend this deadline;

3) No previous requests were granted or denied;

4) Despite the parties' best efforts, they will not be able to consummate their settlement transaction before the original deadline;

5) Defendant consents to the requested relief;

6) There are no further scheduled appearances or existing deadlines.

Respectfully submitted:

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*